# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hanna, Patrick J. | 2. Court or Organization<br><br>Western District Louisiana | 3. Date of Report<br><br>06/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
800 Lafayette St.
Ste 3500
Lafayette, LA 70501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sole Member | Gumbo & Merlot LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994-2009 | Rabalais, Hanna & Hebert LLC Operating Agreement - Compensation paymentformula for fees collected on legal services performed before taking the bench 12/01/09 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Rabalais, Hanna & Hebert LLC -Income for work performed prior to 12/01/09 reported on IRS Form 1040-Line 17 | $8,157.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | U.S. District Court-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Western District of La. Court Administration Fund | 9-08-11 to 9-10-11 | New Orleans La | Lafayette Bar Association Bench/Bar Conference | Hotel/meals/transportation/parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Nacher Corporation | Labor to Sandblast/Paint Antique Iron Fencing | $875.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citicorp | Mortgage on Rental property #1 Baton Rouge LA | None |
| 2. | Capital One | Credit Card | None |
| 3. | Chase | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Baton Rouge, LA | C | Rent | | | Sold | 4/29/11 | M | | Hummingbird's Nest LLC |
| 2. Cummings Cove Co. LLC receivable for membership fee refund | | None | J | T | | | | | |
| 3. Cliffs Golf & CC receivable for membership fee refund (x) | | None | K | T | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. Goldman Sachs Bank | A | Interest | J | T | | | | | |
| 6. Discover Bank | | None | | | Closed | 1/01/11 | J | | |
| 7. Sun Trust Bank | A | Interest | | | Closed | 7/31/11 | J | | |
| 8. Morgan Stanley Bank N.A. | A | Interest | J | T | Open | 04/01/11 | J | | |
| 9. Cole Credit Property Trust II (REIT) | D | Dividend | L | T | | | | | |
| 10. CNL Lifestyle Properties, Inc (REIT) | A | Dividend | L | T | | | | | |
| 11. APM Wynton Futures Fund LP (IRA) | A | Dividend | | | Sold | 12/23/11 | K | | |
| 12. Eaton Vance Tax Advantage Global Diverse Oppty Fund-ETO | A | Dividend | | | Sold | 08/29/11 | J | B | |
| 13. First Trust Bick Index Fund (common stock) | A | Dividend | J | T | | | | | |
| 14. Wisdomtree Trust Dividend Ex-Financials Fund | A | Dividend | J | T | | | | | |
| 15. WisdomTree Trust International Small cap Dividend Fund | A | Dividend | | | Sold | 08/29/11 | J | | |
| 16. ETFS White Metals Basket Tr Phys WM Basket | | None | J | T | | | | | |
| 17. First Trust Senior Floating Rate Inc Fnd II (FCT) | A | Dividend | | | Buy | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 08/29/11 | J | | |
| 19. Dodge & Cox Inc Fd (DODIX) | A | Dividend | J | T | Buy | 06/23/11 | J | | |
| 20. Brokerage Account #2 | | | | | | | | | |
| 21. Goldman Sachs Bank (IRA) | A | Interest | J | T | | | | | |
| 22. Goldman Sachs Bank | A | Interest | J | T | | | | | |
| 23. Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 24. Sun Trust Bank | | None | | | Closed | 02/28/11 | J | | |
| 25. Capital One Bank | A | Interest | | | Closed | 08/31/11 | J | | |
| 26. Discover Bank | | None | | | Closed | 01/01/11 | J | | |
| 27. Coca Cola Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 28. American Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 29. American CapitalWorld Growth & Income Fund/CWGIX (IRA) | A | Dividend | J | T | | | | | |
| 30. Nuveen Premier Income Municipal II | A | Dividend | | | Sold | 03/18/11 | J | | |
| 31. La. Local Gov't Envir FAC&CDA Rev Ambac Cap | A | Interest | J | T | | | | | |
| 32. La. Local Gov't Envmntl Facs&Cmnty Dev | A | Interest | K | T | | | | | |
| 33. La. St Loc Gov't Envtl Facs&Cmnty DV ATH | B | Interest | K | T | | | | | |
| 34. Monroe La. Sales & Use Tax Rev FGIC OID 5.1% | B | Interest | | | Redeemed | 07/01/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Advent/Claymore Global Convertible | A | Dividend | J | T | | | | | |
| 36. DWS Portfolio Trust Floating Rate Plus Fund | B | Dividend | | | Sold | 08/30/11 | L | B | |
| 37. Market Vectors ETF Trust RVE Hard Assets (IRA) | A | Dividend | J | T | | | | | |
| 38. San Juan Basin Royalty Trust (SJT) | A | Dividend | J | T | | | | | |
| 39. Southern Company (SO) | A | Dividend | J | T | | | | | |
| 40. Vanguard Mun BD FD Inc Short Term Tax Exempt FD | A | Dividend | L | T | | | | | |
| 41. Cole Credit Property Trust (REIT) (IRA) | B | Dividend | K | T | | | | | |
| 42. Tocqueville TR Gold Fund | A | Dividend | J | T | | | | | |
| 43. Hussman Invt TR Strategic Total Return FD/HSTRX | A | Dividend | K | T | Buy | 08/10/11 | K | | |
| 44. Vanguard Inflation Prot Sec Fd Investor Shares/VIPSX | A | Dividend | K | T | Buy | 09/12/11 | K | | |
| 45. James Advantage Funds Golden Rainbow Fd Instl Cl/GLRIX | A | Dividend | K | T | Buy | 10/28/11 | K | | |
| 46. Permanent Portfolio FD Inc Perm Portfolio/ PRPFX | A | Dividend | K | T | Buy | 10/28/11 | K | | |
| 47. Vanguard Total Bond Market Fund/BND | A | Dividend | J | T | Buy | 09/26/11 | J | | |
| 48. Ishares Trust Barclays 3-7 year Treasury Bnd Fd/IEI | A | Dividend | J | T | Buy | 09/26/11 | J | | |
| 49. Ishares Trust Barclays Intermediate Gov't Credit Bnd Fd/GVI | A | Dividend | J | T | Buy | 09/26/11 | J | | |
| 50. Vanguard Intermediate Term Corp Bnd ETF/VCIT | A | Dividend | J | T | Buy | 09/26/11 | J | | |
| 51. Rental Property #3, Vernon Parish LA | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Estate, Vernon Parish, LA | | None | K | W | | | | | |
| 53. Real Estate, Vernon Parish, LA | | None | J | W | | | | | |
| 54. Brokerage Account #3 (IRA ACCT) | | | | | | | | | |
| 55. T.D.Bank N.A. (IRA) | A | Interest | | | Closed | 09/30/11 | M | | |
| 56. Ishares Barclays Short Treas Bond Fund/ SHV (IRA) | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 57. SPDR Lehman 1-3 Mo Treas Bill/BIL (IRA) | | None | | | Sold | 05/19/11 | J | | |
| 58. Greenhaven Cont Commodity Indx Com/ GCC (IRA) | | None | | | Sold | 09/02/11 | J | A | |
| 59. Ishares Russell 3000 Index Fd/IWV (IRA) | A | Dividend | | | Sold (part) | 05/19/11 | J | B | |
| 60. | | | | | Sold | 09/02/11 | K | A | |
| 61. Market Vectors Hard Assets Producers ETF/ HAP (IRA) | A | Dividend | | | Sold | 09/02/11 | J | | |
| 62. Ishares MSCI EAFE Index Fd/EFA (IRA) | A | Dividend | | | Sold (part) | 05/19/11 | K | | |
| 63. | | | | | Sold | 08/10/11 | J | A | |
| 64. Ishares Dow Jones US Total MKT/IYY (IRA) | A | Dividend | | | Sold | 05/19/11 | K | C | |
| 65. Ishares MSCI Emerging MKTS/EEM (IRA) | A | Dividend | | | Sold (part) | 05/19/11 | J | | |
| 66. | | | | | Sold | 08/10/11 | J | A | |
| 67. PIMCO Enhance Short Mat Strgy Fd/MINT (IRA) | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 68. Ishares Barclays Inter Gov Cre Bd Fund/ GVI (IRA) | A | Dividend | | | Buy | 5/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 07/12/11 | J | A | |
| 70. | | | | | Sold | 09/02/11 | J | A | |
| 71. Ishares Barclays 3-7 yr Treas Bond Fd/IEI (IRA) | A | Dividend | | | Buy | 5/19/11 | J | | |
| 72. | | | | | Sold (part) | 07/12/11 | J | A | |
| 73. | | | | | Sold | 09/02/11 | J | A | |
| 74. Powershares DB Comm Ind Fd ETF/ DBC(IRA) | | None | | | Buy | 5/19/11 | J | | |
| 75. | | | | | Sold | 09/02/11 | J | A | |
| 76. Vanguard Total Bond Market Fund/BND (IRA) | A | Dividend | | | Buy | 5/19/11 | J | | |
| 77. | | | | | Sold (part) | 07/12/11 | J | | |
| 78. | | | | | Sold | 09/02/11 | J | A | |
| 79. Vanguard MSCI EAFE ETF/VEA(IRA) | | None | | | Buy | 5/19/11 | K | | |
| 80. | | | | | Sold | 09/02/11 | K | | |
| 81. Vanguard Intermediate Corp Bond ET/VCIT (IRA) | A | Dividend | | | Buy | 7/7/11 | J | | |
| 82. | | | | | Sold | 09/02/11 | J | A | |
| 83. Vanguard Funds Emerging Markets ETF/ VWO(IRA) | | None | | | Buy | 5/19/11 | J | | |
| 84. | | | | | Sold | 09/02/11 | J | | |
| 85. Ishares MSCI Pac EX-JPN/EPP (IRA) | A | Dividend | | | Buy | 5/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/10/11 | J | | |
| 87. ALPS ETF TR Alerian MLP TR Jeffries CRB Glob Comm/CRBQ (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 88. | | | | | Sold | 08/12/11 | J | A | |
| 89. Vanguard Sm CAp ETF US Small MKT 1750/VB (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 90. | | | | | Sold | 08/11/11 | J | | |
| 91. Vanguard MSCI US MID Cap 450 Index/ VO (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 92. | | | | | Sold | 08/12/11 | J | | |
| 93. SPDR TR S&P 500 ETF Trust/SPY (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 94. | | | | | Sold | 08/12/11 | J | | |
| 95. SPDR High Yield/JNK (IRA) | A | Dividend | | | Buy | 07/12/11 | J | | |
| 96. | | | | | Sold | 08/12/11 | J | | |
| 97. SPDR Barclays Cap Conv Sec Fd/CWB (IRA) | A | Dividend | | | Buy | 07/12/11 | J | | |
| 98. | | | | | Sold | 08/12/11 | J | | |
| 99. Brokerage Account 4 | | | | | | | | | |
| 100. T.D.Bank N.A. | A | Interest | | | Closed | 09/30/11 | M | | |
| 101. Greenhaven Cont Commodity Indx Com/ GCC | | None | | | Sold (part) | 05/19/11 | J | B | |
| 102. | | | | | Sold | 09/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  SPDR Lehman 1-3 Mo. T-Bill/BIL | | None | | | Sold | 05/19/11 | K | | |
| 104.  ISHARES Barclays Short Treas Bnd Fd/ SHV | A | Dividend | | | Sold | 05/19/11 | K | | |
| 105.  ISHARES Russell 3000 Index Fnd/IWV | A | Dividend | | | Sold (part) | 05/19/11 | J | A | |
| 106. | | | | | Sold (part) | 09/07/11 | K | | |
| 107. | | | | | Sold | 09/27/11 | J | | |
| 108.  Market Vectors Hard Assets Producers ETF/ HAP | A | Dividend | | | Sold | 09/27/11 | J | | |
| 109.  ISHARES Dow Jones US Total Mkt/IYY | A | Dividend | | | Sold | 05/19/11 | K | C | |
| 110.  ISHARES MSCI EAFE Index Fnd/EFA | A | Dividend | | | Sold (part) | 05/19/11 | K | C | |
| 111. | | | | | Sold | 08/10/11 | J | | |
| 112.  ISHARES MSCI Emerging Mkts/EEM | A | Dividend | | | Sold (part) | 05/19/11 | K | B | |
| 113. | | | | | Sold | 08/10/11 | J | | |
| 114.  Pimco Enhance Short Mat Strgy Fnd/MINT | A | Dividend | | | Sold | 05/19/11 | K | A | |
| 115.  ISHARES MSCIPAC EX-JPN/EPP | A | Dividend | | | Buy | 05/19/11 | J | | |
| 116. | | | | | Sold | 08/10/11 | J | | |
| 117.  Vanguard Funds MSCI Emerging Markets ETF/VWO | | None | | | Buy | 05/19/11 | K | | |
| 118. | | | | | Sold | 09/27/11 | J | | |
| 119.  Vanguard MSCI EAFE ETF/VEA | | None | | | Buy | 05/19/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/15/11 | K | | |
| 121. Powershares DB COMM IND FD ETF/DBC | | None | | | Buy | 05/19/11 | J | | |
| 122. | | | | | Sold | 09/27/11 | J | | |
| 123. ALPS ETF TR Alerian MLP TR Jeffries CRB Global Comm/CRBQ | A | Dividend | | | Buy | 05/19/11 | J | | |
| 124. | | | | | Sold | 08/12/11 | J | | |
| 125. Vanguard Total Bond Market Fund/BND | A | Dividend | | | Buy | 05/19/11 | K | | |
| 126. | | | | | Sold (part) | 07/12/11 | J | | |
| 127. | | | | | Sold (part) | 09/07/11 | J | | |
| 128. | | | | | Sold | 09/26/11 | J | | |
| 129. Vanguard Sm CAP ETF Small MKT 1750/ VB | | None | | | Buy | 05/19/11 | J | | |
| 130. | | | | | Sold | 08/11/11 | J | | |
| 131. Vanguard MSCI US MID CAP 450 Index/ VO | | None | | | Buy | 05/19/11 | J | | |
| 132. | | | | | Sold | 08/12/11 | J | | |
| 133. Ishares Barclays Inter Gov CRE BD Fund/ GVI | A | Dividend | | | Buy | 05/19/11 | K | | |
| 134. | | | | | Sold (part) | 07/12/11 | J | | |
| 135. | | | | | Sold (part) | 09/07/11 | J | | |
| 136. | | | | | Sold | 09/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares Barclays 3-7 Treas Bond FD/IEI | A | Dividend | | | Buy | 05/19/11 | K | | |
| 138. | | | | | Sold (part) | 07/12/11 | J | | |
| 139. | | | | | Sold (part) | 09/07/11 | J | A | |
| 140. | | | | | Sold | 09/26/11 | J | | |
| 141. SPDR TR S&P 500 ETF Trust/SPY | A | Dividend | | | Buy | 05/19/11 | J | | |
| 142. | | | | | Sold | 08/12/11 | J | | |
| 143. Vanguard Intermediate Term Corp Bond ET/VCIT | A | Dividend | | | Buy | 07/12/11 | J | | |
| 144. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 145. | | | | | Sold (part) | 09/07/11 | J | | |
| 146. | | | | | Sold | 09/26/11 | J | | |
| 147. SPDR High Yield/JNK | A | Dividend | | | Buy | 07/12/11 | J | | |
| 148. | | | | | Sold | 08/12/11 | K | | |
| 149. SPDR Barclays CAP CONV SEC FD/CWB | A | Dividend | | | Buy | 07/12/11 | J | | |
| 150. | | | | | Sold | 08/12/11 | J | | |
| 151. Ishares Russell Midcap Index/IWR | A | Dividend | | | Buy | 09/07/11 | J | | |
| 152. | | | | | Sold | 09/27/11 | J | | |
| 153. Ishares Russell 2000 IDX Fund/IWM | A | Dividend | | | Buy | 09/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/27/11 | J | | |
| 155. Brokerage Account 5 (IRA ACCT) | | | | | | | | | |
| 156. T.D. Bank N.A. | A | Interest | | | Closed | 09/30/11 | L | | |
| 157. SPDR Lehman 1-3 Mo. T-Bill/BIL (IRA) | | None | | | Sold | 05/19/11 | J | | |
| 158. ISHARES Barclays Short Treas Bnd Fnd/ SHV (IRA) | A | Dividend | | | Sold | 05/19/11 | J | | |
| 159. Market Vectors Hard Assets Producers ETF/ HAP (IRA) | A | Dividend | | | Sold | 09/02/11 | J | A | |
| 160. ISHARES MSCI Emerging Mkts/EEM (IRA) | A | Dividend | | | Sold (part) | 05/19/11 | J | A | |
| 161. | | | | | Sold | 08/10/11 | J | A | |
| 162. ISHARES MSCI EAFE Index Fnd/EFA (IRA) | A | Dividend | | | Sold (part) | 05/19/11 | J | A | |
| 163. | | | | | Sold | 08/10/11 | J | A | |
| 164. Greenhaven Cont Commodity Index/GCC (IRA) | | None | | | Sold (part) | 05/19/11 | J | A | |
| 165. | | | | | Sold | 09/02/11 | J | A | |
| 166. ISHARES Russell 3000 Index Fnd/IWV (IRA) | A | Dividend | | | Sold (part) | 05/19/11 | J | A | |
| 167. | | | | | Sold | 09/02/11 | J | A | |
| 168. ISHARES Dow Jones US Total Mkt/IYY (IRA) | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 169. Pimco Enhance Short Mat Strategy Fnd/ MINT (IRA) | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 170. Ishares MSCI PAC EX-JPN/EPP (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/10/11 | J | | |
| 172. Vanguard Funds MSCI Emerging Markets ETF/VWO (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 173. | | | | | Sold | 09/02/11 | J | | |
| 174. Vanguard MSCI EAFE ETF/VEA (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 175. | | | | | Sold | 09/02/11 | J | | |
| 176. Powershares DB COMM IND FD ETF/DBC (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 177. | | | | | Sold | 09/02/11 | J | A | |
| 178. ALPS ETF TR Alerian MLP TR Jefffries CRB GLBL COM/CRBQ (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 179. | A | | | | Sold | 08/12/11 | J | A | |
| 180. Vanguard Total Bond Market Fd/BND (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 181. | | | | | Sold (part) | 07/12/11 | J | | |
| 182. | | | | | Sold | 09/02/11 | J | A | |
| 183. Vanguard SM CAP ETF US Small MKT 1750/VB (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 184. | | | | | Sold | 08/11/11 | J | | |
| 185. Vanguard MSCI US MID CAP 450 Index/ VO (IRA) | | None | | | Buy | 05/19/11 | J | | |
| 186. | | | | | Sold | 08/12/11 | J | | |
| 187. Ishares Barclays Inter Gov Cre Bd Fund/ GVI (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 09/02/11 | J | A | |
| 189. Ishares Barclays 3-7 Yr Treas Bond Fd/IEI (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 190. | | | | | Sold (part) | 07/12/11 | J | | |
| 191. | | | | | Sold | 09/02/11 | J | A | |
| 192. SPDR TR S&P 500 ETF Trust/SPY (IRA) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 193. | | | | | Sold | 08/12/11 | J | | |
| 194. Vanguard Intermediate Corp Bond ET/VCIT (IRA) | A | Dividend | | | Buy | 07/12/11 | J | | |
| 195. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 196. | | | | | Sold | 09/02/11 | J | A | |
| 197. SPDR High Yield/JNK (IRA) | A | Dividend | | | Buy | 07/12/11 | J | | |
| 198. | | | | | Sold | 08/12/11 | J | | |
| 199. SPDR Barclays CAP Conv Sec Fd/CWB (IRA) | A | Dividend | | | Buy | 07/12/11 | J | | |
| 200. | | | | | Sold | 08/12/11 | J | | |
| 201. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 06/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3. Erroneously reported value in last year's report. This entity is now in bankruptcy and value may change again.

Line 11. Transferred entirety of this IRA account into Federal TSP IRA due to overburdensome reporting requirement based on interpretation of Widely Held Investment

Lines 54. Transferred entirety of this IRA account into Federal TSP IRA due to overburdensome reporting requirement based on interpretation of Widely Held Investment.

Line 99. Closed this account entirely due to overburdensome reporting requirement based on interpretation of Widely Held Investment.

Line 155. Transferred entirety of this IRA account into Federal TSP IRA due to overburdensome reporting requirement based on interpretation of Widely Held Investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick J. Hanna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544